FEB 1 2022 PM5:44
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22-cr-22 (JAM) (RMS) |
| v. | VIOLATION: |
| ANDRE HUDSON | 18 U.S.C. § 922(g)(1) and § 924(a)(2) (Possession of a Firearm by a Prohibited Person) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Unlawful Possession of a Firearm by a Felon)

1. On or about September 8, 2021, in the District of Connecticut, the defendant ANDRE HUDSON, having been, and knowing that he had been, convicted of a crime punishable by a term of imprisonment exceeding one year, namely: (1) in the United States District Court for the District of Vermont of Possession with Intent to Distribute Heroin and Cocaine Base, in violation of Title 21, United States Code, Sections 841(a), (b)(1)(C), and Title 18, United States Code, Section 2, on or about June 18, 2019; and (2) in the United States District Court for the District of Connecticut of Conspiracy to Possess with Intent to Distribute and Distributing 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), on or about June 21, 2007, did knowingly possess a firearm in and affecting commerce, namely, a Kel-Tec, Model P-11, nine millimeter pistol, serial number ADL16, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION
(Unlawful Possession of a Firearm by a Felon)

2.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant ANDRE HUDSON shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Kel-Tec, Model P-11, nine millimeter pistol, serial number ADL16, firearms' magazine, and ammunition, recovered on September 8, 2021.

All in accordance with Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853; and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON             2-1-22

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY